**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: ) | |
| ) | |
| ALLAMA SAYYID HAFIZ, ) | Case No. 13-44242-drd |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING THE APPLICATION**
**FOR COMPENSATION FOR VANSANDT & ASSOCIATES, LLC**

COMES NOW Jerald S. Enslein, Trustee, and hereby certifies that a true and correct copy of the Order of the Court Granting the Application for Compensation for Vansandt & Associates, LLC (Doc 53) was served on the 27th day of March, 2017, via First Class U.S. Mail, postage prepaid, on the following as of this date:

> Office of the United States Trustee
> Charles Evans Whittaker Courthouse
> 400 East 9th Street
> Room 3440
> Kansas City, MO  64106

        MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.

        /s/ Jerald S. Enslein
        Jerald S. Enslein    MO #30040
        4435 Main Street
        Suite 920
        Kansas City, Missouri 64111-1945
        816-753-6006 Telephone
        816-502-7898 Facsimile
        jsenslein@martinpringle.com

        ATTORNEYS FOR JERALD S. ENSLEIN, TRUSTEE

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of March, 2017, the above and foregoing was electronically filed with the Clerk of the Court pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case, with a true and correct copy of the above and foregoing being served by the undersigned via other electronic transmission or First Class U.S. Mail, postage prepaid, on the following:

    Robert Wayne Vansandt
    Vansandt & Associates, LLC
    3170 NE Carnegie Drive
    Suite 300
    Lee's Summit, MO 64064

        /s/ Jerald S. Enslein
        ATTORNEY FOR JERALD S. ENSLEIN,
        TRUSTEE