**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: ) | |
| ) | |
| ALLAMA SAYYID HAFIZ, ) | Case No. 13-44242-drd |
| ) | |
| Debtor. ) | |

**FINAL APPLICATION OF ATTORNEYS FOR TRUSTEE
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES AND ALLOWANCE OF SAME AS ADMINISTRATIVE EXPENSES**

COMES NOW the law firm of Martin, Pringle, Oliver, Wallace & Bauer, L.L.P. ("Martin Pringle") pursuant to 11 U.S.C. §§ 328(a), 330(a)(1), 503(b)(2) and 507(a)(1) and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and for the Final Application of Attorneys for Trustee for Compensation for Services and Reimbursement of Expenses and Allowance of Same as Administrative Expenses ("Final Application"), respectfully states:

1. On November 8, 2013, debtor Allama Sayyid Hafiz ("Debtor") filed with the Court a voluntary Petition pursuant to Chapter 7 of title 11 of the United States Code.

2. The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 157 and 1334, and venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409(a). Further, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3. Jerald S. Enslein, trustee ("Trustee"), was appointed by the United States Trustee to serve as interim trustee in this case pursuant to 11 U.S.C. § 701(a)(1), and serves as trustee pursuant to 11 U.S.C. § 701(c).

4. On November 28, 2016, the Trustee filed with the Court the Application of Trustee for Employment of Attorneys for Trustee *Nunc Pro Tunc* to August 4, 2016

("Application to Employ") (Doc 45). The Application to Employ sought authorization to employ Martin Pringle as attorneys for the Trustee *nunc pro tunc* to August 4, 2016.

5. The Court authorized the employment of Martin Pringle as attorneys for the Trustee pursuant to its Order that was entered on November 29, 2016 (Doc 46).

6. Between August 4, 2016, and February 28, 2017, Martin Pringle performed 5.8 hours of actual, necessary services and incurred $2.44 in actual, necessary expenses in its capacity as attorneys for the Trustee in this case. The itemized invoices that describe such services, the dates they were performed and the time expended for them as well as the expenses incurred, are referenced and incorporated herein as Exhibit A. All of such services and expenses were rendered or incurred in this case solely for and on behalf of the Trustee.

7. The reasonable value of the aforesaid services performed by Martin Pringle in its capacity as attorneys for the Trustee in this case, based on the time, nature, extent and cost of comparable services other than in a bankruptcy case, is $1,680.00. The fee for and value of such services was calculated by multiplying the number of hours devoted by Martin Pringle for such services by the then hourly rate of compensation of the attorney or paraprofessional who performed each particular service. Such hourly rate of compensation was the same or lower than the hourly rate charged by such attorney or paraprofessional for services rendered during the time period in question in other bankruptcy and non-bankruptcy matters. Further, Jerald S. Enslein is certified in business bankruptcy by the American Board of Certification and has been since 1994 (11 U.S.C. § 330(a)(3)(E) provides that board certification is a relevant factor to be taken into account in determining the amount of reasonable compensation that may be awarded to a professional person).

8. Martin Pringle has not previously filed an application in this case for compensation for services rendered and/or reimbursement of expenses incurred. Further, no payments have

2

heretofore been made or promised to Martin Pringle for services rendered or to be rendered in any capacity whatsoever in connection with this case. There also is no agreement or understanding that exists between Martin Pringle and any other person for the sharing of compensation to be received for services rendered in or in connection with the case.

WHEREFORE, the Trustee respectfully prays for an Order pursuant to 11 U.S.C. §§ 328(a), 330(a)(1), 503(b)(2) and 507(a)(1):

(a) determining that the services rendered by Martin Pringle as attorneys for the Trustee for the period from August 4, 2016, through and including February 28, 2017, and the expenses incurred during the same period, as set forth in this Application, were actual and necessary within the meaning of 11 U.S.C. §§ 330(a)(1) and 503(b)(2);

(b) awarding to Martin Pringle, pursuant to 11 U.S.C. §§ 328(a), 330(a)(1) and 503(b)(2), the sum of $1,680.00 as reasonable compensation or actual, necessary services rendered by it as attorneys for the Trustee during the periods from August 4, 2016, through and including February 28, 2017, and $2.44 as reimbursement for actual, necessary expenses incurred during the same period, for a total sum of $1,682.44 collectively, ("Awarded Amount");

(c) determining that the Awarded Amount is entitled to priority under 11 U.S.C. § 507(a)(1);

(d) authorizing and approving the payment of the Awarded Amount by the Trustee to Martin Pringle pursuant to 11 U.S.C. § 503(b)(2) as having priority under 11 U.S.C. § 507(a)(1); and

(e) granting such further relief as the Court deems just.

        MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.

        /s/ Jerald S. Enslein
        Jerald S. Enslein    MBE #30040
        4435 Main Street
        Suite 920
        Kansas City, Missouri 64111-1945
        816-753-6006 Telephone
        816-502-7898 Facsimile
        jsenslein@martinpringle.com

        ATTORNEYS FOR JERALD S. ENSLEIN, TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2017, the above and foregoing was electronically filed with the Clerk of the Court pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case, with a true and correct copy of the above and foregoing being served by the undersigned via other electronic transmission or First Class U.S. Mail, postage prepaid, on the following:

U.S. Trustee
Murie.S.Bolen@usdoj.gov

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

        /s/ Jerald S. Enslein
        ATTORNEY FOR JERALD S. ENSLEIN,
        TRUSTEE